Jason A. James (SBN 265129)
E-mail:  jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel:  949.863.3363    Fax:  949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATASHA GIBSON,<br><br>              Plaintiff,<br><br>       v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | Case No. 2:26-cv-01085-WBS-JDP<br><br>**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Judge:    Hon. William B Shubb<br><br>Complaint Filed:  March 23, 2026 |

Pursuant to the Federal Rules of Civil Procedure, Rule 7.1(a), the undersigned, counsel of record for defendant The Prudential Insurance Company of America, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

///

///

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4913-1539-3966 v1

1

Case No. 2:26-cv-01085-WBS-JDP
PRUDENTIAL'S CERTIFICATE OF
INTERESTED PARTIES

| **PARTIES** | **CONNECTION** |
|---|---|
| Natasha Gibson | Plaintiff |
| The Prudential Insurance Company of America ("Prudential") | Defendant Prudential is a corporation organized under the laws of the State of New Jersey, having its principal place of business in Newark, New Jersey. |
| Prudential Financial, Inc. | Prudential is a wholly-owned subsidiary of Prudential Financial, Inc. Prudential Financial, Inc. is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock. |

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated: May 26, 2026          BURKE, WILLIAMS & SORENSEN, LLP

By: _____ */s/ Jason A. James*

Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4913-1539-3966 v1

2

Case No. 2:26-cv-01085-WBS-JDP
PRUDENTIAL'S CERTIFICATE OF
INTERESTED PARTIES