UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA GIBSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No: 2:26-CV-01085-WBS-JDP<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE<br><br>Scheduling Conference:<br>Date: July 27, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5<br><br>Date Action Filed: March 23, 2026 |

ORDER

IT IS SO ORDERED. The Status (Pretrial Scheduling) Conference is being continued from July 27, 2026, to **August 24, 2026, at 1:30 PM** in Courtroom 5.

Dated: July 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE